IN THE COUNTY OF MONGOMERY
AND FOR THE FEDERAL COURT OF ALABMA

RECEIVED
2006 SEP -6  A 9: 16

ANGELA DENISE NAILS,

           Plaintiff,      Case Number 1:06-CV-00798-MEF

EUGENE PRESTON,
PAULINE PRESTON,

           Defendants,

COMPLAINT OF AUTO ACCIDENT

The case follows under the jurisdiction Article III Section 2a Constitutional law. Subject matter question controversy of $50,000.00 each. Total $100,000.00. Subject matter question the defendant Eugene Preston struck the plaintiff with a Automobile and left the plaintiff in the street. The defendant resides in the state of Alabama. The plaintiff resides in the state of Alabama. The plaintiff and the defendants are not in agreement of the plaintiff rights to damages after a hit and run accident January 30, 2003 Federal Rule Of

*Procedure 553(b) Failure to stop and render aid after accident. B02 Hit and Run failure to stop and render assistant nor did the defendant take responsibility of hitting the person who was a predistran. Pauline Preston who is the owner of the vehicle that hit the plaintiff while walking down a street that had no sidewalks, the plaintiff was walking close to the curve of the street Constitutional of the United States amendment XIV July 07 1868) and amendment I December 15, 1791) The driver Eugene Preston was driving Pauline Preston vehicle the owner of the Green Trooper while Eugene Preston was driving the Green Trooper he hit a predistran. The Dothan Police did a report statement, statement stating that driver of the Trooper Eugene Preston was a reckless and dangerous driver. This case went before a Judge in the Houston County District Court no officer came to the hearing and the case was dismiss. The plaintiff feels that the damages the plaintiff is seeking was not revealed nor was any records ever verified to be verifiable evidence in the case. There for the plaintiff is seeking damages under Alabama Code 32-7-23(1975). Motorist Statute. The plaintiff is also seeking damages under Civil Rule Procedure 15-32-30 (A) (1)(2)(a)(b)(c)(B). The plaintiff is also seeking damages under Alabama Code Civil Rule Procedure 32-7A-4 (a) Responsibility of the owner of a motor vehicle.*

*The plaintiff is also seeking damages under the Alabama Code of Civil Rule of procedures 32-7-6-1, Code of Alabama 1975 liability insurance required on a derivable motor vehicle and Section 40-12-30 Code of Alabama 1975 penalties for violations. The plaintiff is also seeking damages under Criminal Offenses Chapter 4-1-200 Disorderly Conduct. The plaintiff is also seeking damages under other Alabama Codes of Civil Procedure the court will due note. The defendants address 1202 Summit St. Dothan, Alabama 36301.*

                                              *Angela Denise Nails*
                                              ANGELA DENSIE NAILS

                                              PRO SE