| State of Alabama<br>Unified Judicial System<br>Form C-10<br>Page 1 of 2   Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER** | Case Number<br>1:06CV798-MEF |
|---|---|---|

IN THE _____ COURT OF _____, ALABAMA
(Circuit, District, or Municipal)          (Name of County or Municipality)

STYLE OF CASE: Angela Denise Nails v. Eugene & Pauline Preston
                Plaintiff(s)                    Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _____

☒ CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.
☐ CIVIL CASE-- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.
☐ CRIMINAL CASE-- I am financially unable to hire an attorney and request that the court appoint one for me.
☐ DELINQUENCY/NEED OF SUPERVISION-- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

## AFFIDAVIT

**SECTION I.**

1. IDENTIFICATION
   Full name: Angela Denise Nails   Date of birth: Jan 8, 1961
   Spouse's full name (if married): NA
   Complete home address: 342 S. Saint Andrews St. Apt 808 Dothan, AL 36301
   Number of people living in household: 1
   Home telephone number: 334 702-9645
   Occupation/Job: Disabled   Length of employment: 2 Years 8 Months
   Driver's license number: 7639414 AL   *Social Security Number: 212 78 2867
   Employer: _____   Employer's telephone number: _____
   Employer's address: _____

2. ASSISTANCE BENEFITS
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)
   ☐ AFDC   ☐ Food Stamps   ☐ SSI   ☒ Medicaid   ☐ Other _____

3. INCOME/EXPENSE STATEMENT
   Monthly Gross Income:
   Monthly Gross Income .................................................. $ 824.00
   Spouse's Monthly Gross Income (unless a marital offense) ............ 0
   Other Earnings: Commissions, Bonuses, Interest Income, etc. ......... 0
   Contributions from Other People Living in Household ................. 0
   Unemployment/Workmen's Compensation,
     Social Security, Retirements, etc. ................................ $ 824.00
   Other Income (be specific) .......................................... 0
                        **TOTAL MONTHLY GROSS INCOME** ................. $ 824.00

   Monthly Expenses:
   A. Living Expenses
      Rent/Mortgage .................................................... $ 229.00
      Total Utilities: Gas, Electricity, Water, etc. ................... $150.00
      Food ............................................................. $ ~~9~~.00
      Clothing ......................................................... 0
      Health Care/Medical .............................................. 0
      Insurance ........................................................ 0
      Car Payment(s)/Transportation Expenses ........................... 0
      Loan Payment(s) .................................................. 262.00

*OPTIONAL

| Form C-10 Page 2 of 2    Rev. 2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER |

Monthly Expenses: (cont'd page 1)
   Credit Card Payment(s)                                                   0
   Educational/Employment Expenses                                          0
   Other Expenses (be specific) Gas Auto $150.00                      $174.00
   Tahoe $24.00

   Sub-Total                                                      A $ 824.00

B.  Child Support Payment(s)/Alimony                     $ 0
   Sub-Total                                                      B $ 0

C.  Exceptional Expenses                                 $ 0

   TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)   $ 824.00

Total Gross Monthly Income Less total monthly expenses:
   DISPOSABLE MONTHLY INCOME                                       $ -0-

4. LIQUID ASSETS:
   Cash on Hand/Bank (or otherwise available such as stocks,
   bonds, certificates of deposit)                                 $ 7.00
   Equity in Real Estate (value of property less what you owe)     0
   Equity in Personal Property, etc. (such as the value of
   motor vehicles, stereo, VCR, furnishing, jewelry, tools,
   guns, less what you owe)
   Other (be specific)
   Do you own anything else of value? ☒ Yes  ☐ No
   (land, house, boat, TV, stereo, jewelry)                        $ 50.00
   If so, describe Television

   TOTAL LIQUID ASSETS                                             $ 57.00

5. Affidavit/Request
   I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

   Sworn to and subscribed before me this
   15 day of August 2006           My Commission         Affiant's Signature  Angela D. Nails - Angela D. Nails
   _____                 Expires April 6, 2007
   Judge/Clerk/Notary                                     Print or Type Name  Angela D. Nails - Angela D. Nails

ORDER OF COURT

SECTION II.
   IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
   ☐ Affiant is not indigent and request is DENIED.
   ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay
     $_____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
   ☐ Affiant is indigent and request is GRANTED.
   ☐ The prepayment of docket fees is waived.

   IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.
   IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees expenses, approved by the court and paid to the appointed counsel, and costs of court.
   Done this _____ day of _____.

                                                          _____
                                                          Judge