IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 SEP 18 P 4:40
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ANGELA DENISE NAILS,

    Plaintiff,           Case No. 06-cv-798-MEF

EUGENE PRESTON,
PAULINE PRESTON,

    Defendant,

SUBJECT MATTER JURISDICTION

The plaintiff case is lacking Subject Matter Jurisdiction. Federal Rule Civil Procedure 28 U.S.C. 1391(a)(1) and defendant reside or if all defendants reside in the same state "(2)a substantial part of the events giving rise to the claim which arose.

The plaintiff is seeking the Jurisdiction of the U.S. Constitution as a cause of Subject Matter Jurisdiction.

*Angela Denise Nails*
ANGELA DENISE NAILS

*PRO   SE*