IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,                )
                                    )
        Plaintiff,                  )
v.                                  )    CASE NO. 1:06-cv-798-MEF
                                    )
EUGENE PRESTON, *et al.,*            )
                                    )
        Defendants.                 )

## O R D E R

Upon consideration of the plaintiff's "Subject Matter Jurisdiction" which the court

construes as a motion for reconsideration (Doc. #5) filed on September 18, 2006, it is hereby

ORDERED that the motion is DENIED.

DONE this 20th day of September, 2006.


                        _____/s/ Mark E. Fuller_____
                        CHIEF UNITED STATES DISTRICT JUDGE